IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KATHRYN ROACH nka KATHRYN ROACH SEAGO | ) | |
| | ) | |
| Defendant(s). | ) | Case No. CV 06-1314 |

NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on December 13, 2006, and is now pending.

(i)   The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii) The name(s) of the title holder(s) of record are: KATHRYN ROACH nka KATHRYN ROACH SEAGO

(iv)  The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

    Lot Four (4) in Block Thiry-three (33) in the City of Bushnell, in the County of McDonough, in the State of Illinois, according to Plat No. Two (2) of the said City of Bushnell.

    PIN No. 03-000-524-00

(v)   A common address or description of the location of the real estate is as follows:
    645 Miller Street, Bushnell, Illinois 61422

(vi)   An identification of the mortgage sought to be foreclosed is as follows:

      Name of mortgagor(s):   KATHRYN ROACH SEAGO

      Name of mortgagee:   United States of America, United States Department of Agriculture

      Date(s) of mortgage(s):   July 15, 1998

      Date(s) of recording:   July 15 1998

      County where recorded:   McDonough County, Illinois

      Recording document identification: Recorded as Doc. No. 98-3668

UNITED STATES OF AMERICA, Plaintiff

RODGER A. HEATON
United States Attorney

PREPARED BY:

By: s/: Bradley W. Murphy
    Bradley Murphy
    Assistant United States Attorney
    One Technology Plaza
    211 Fulton Street
    Peoria, Illinois 61602
    Telephone No. 309-671-7050
    Fax: 309-671-7259
    Email: brad.murphy@usdoj.gov

This instrument was prepared by Bradley Murphy, Assistant U. S. Attorney, One Technology Plaza, 211 Fulton Street, Peoria, Illinois 61602.