IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-1314 |
| ) | |
| KATHRYN ROACH nka ) | |
| KATHRYN ROACH SEAGO ) | |
| ) | |
| Defendant. ) | |

NOTICE OF FILING
MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

To:   Kathryn Roach Seago
      P.O. Box 354
      Colona, IL 61241-0354

You are hereby notified that the Plaintiff, United States of America, filed a *Motion To Enter Default Judgment of Foreclosure* against you on March 1, 2007. Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been on file for 14 days.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/Bradley W. Murphy
Bradley W. Murphy, IL Bar No. 1992775
Attorney for Plaintiff
United States Attorney's Office
211 Fulton Street
Suite 400
Peoria, IL 61602
Telephone: (309) 671-7050
Fax: (309) 671-7259

**CERTIFICATE OF SERVICE**

    I hereby certify that I mailed a copy of the foregoing to:

        Kathyrn Roach Seago
        P.O. Box 354
        Colona, Illinios 61241-0354

        s/ Margo Scamp

Date:3/1/07