IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-1314 |
| KATHRYN ROACH nka KATHRYN ROACH SEAGO | ) ) ) |
| Defendant. | ) ) |

## AFFIDAVIT

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF PEORIA | ) |

   BRADLEY W. MURPHY, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that she has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

                                        s/ Bradley W. Murphy
                                        BRADLEY W. MURPHY


   Subscribed and sworn to before me this lst day of March, 2007.


   (SEAL AFFIXED)              s/ Margo Scamp
                                        NOTARY PUBLIC