# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

**FILED**
MAR 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**United States of America**

vs.

Case Number: **06-1314**

**Kathryn Roach**
*now known as*
**Kathryn Roach Seago**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Default Judgment of Foreclosure is entered in favor of Plaintiff and against Defendant plus cost of suit.

ENTER this 20th day of March, 2007.

JOHN M. WATERS, CLERK

S. Marvel
BY: DEPUTY CLERK

06-1314 judgment.wpd