**Public Notices**

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.        CIVIL NO. 06-1314

KATHRYN ROACH nka
KATHRYN ROACH SEAGO,

    Defendant.

**NOTICE OF MARSHAL'S SALE**

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

Jeff Seefeldt
Rural Development Manager
USDA Service Center
338 South 36th Street
Quincy, IL 62301

Telephone No: 217.403.6226

2. The common address and other common description, if any, of the real estate is:

645 Miller Street
Bushnell, Illinois 61422

3. The legal description of the real estate is:

Lot four (4) in Block Thirty-three (33) in the City of Bushnell, in the County of McDonough, in the State of Illinois, according to Plat No. Two (2) of the said City of Bushnell.

PIN NO. 03-000-524-00

4. The real estate may be inspected prior to sale at the following times:

Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of the sale are:

May 31, 2007, at 10:30 a.m., at the front door of the McDonough County Courthouse, Macomb, Illinois.

6. The terms of the sale are:

10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2006 and 2007, which are a lien upon the real estate, and special assessments, if any, and easements and restriction of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Peoria, Illinois, this 27th day of March 2007.

/s/ STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS
MJ10036

---

**CERTIFICATE OF PUBLICATION**
STATE OF ILLINOIS,
        )ss.
County of McDonough

This is to certify that a printed notice, of which the annexed is a true copy, was published in the MACOMB JOURNAL __4__ times, being once each week for __4__ successive weeks, the first publication of said notice being in the issue of said paper dated and issued on the __25th__ day of __April__ A.D., 20__07__, and the last publication of said notice being in the issue of said paper dated and issued on the __16th__ day of __May__ A.D., 20__07__, that said MACOMB JOURNAL is a secular paper published in the city of Macomb, McDonough County, Illinois, and has been regularly published in said city of Macomb for at least six months immediately prior to the said first publication of said notice; that the said MACOMB JOURNAL is published by Liberty Group Publishing, successor August 1, 1998 to Newspaper Holdings, Inc.; that the MACOMB JOURNAL, was regularly published daily, except Saturday, for at least six months prior to August 1, 1998 by Newspaper Holdings, Inc., and since August 1, 1998 the MACOMB JOURNAL has been regularly published by Liberty Group Publishing.

That by resolution of the Board of Directors of Liberty Group Publishing, Pam McDowell is duly authorized to make this certificate for and on behalf of Liberty Group Publishing.

By _____
       its Duly Authorized Agent.

Printer's Fee $ __198.00__

Subscribed and sworn to before me this __17th__ day of __May__ 20__07__.

_____
Notary Public

OFFICIAL SEAL
MARILYN K. THOMPSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-29-2009