IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-1314 |
| | ) |
| KATHRYN ROACH aka | ) |
| KATHRYN ROACH SEAGO, | ) |
| | ) |
| Defendant. | ) |

<u>UNITED STATES MARSHAL'S REPORT OF SALE</u>

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, respectfully report that none of the Defendants in this cause having paid the amount due as required by the Decree and Order Directing Foreclosure and Sale entered herein on March 20, 2007, within the time limited by such Decree, I duly advertised for sale at public vendue to the highest and best bidder at the front door of the Courthouse of McDonough County, in the City of Macomb, Illinois, on the 31st day of May, 2007, at the hour of 10:30 A.M., by causing a Notice thereof, containing the title of said cause, the names of the parties hereto, the name of the Court in which said cause was pending, a description of the premises sought to be sold, and a statement of the time, place and terms of sale to be published once each week for four (4) consecutive weeks in the Macomb Journal, a secular newspaper of general circulation printed and published in the City of Macomb, Illinois, which newspaper has been regularly published in said City for more than six (6) months continuously and immediately prior to the first publication of said Notice, the first publication of said Notice was on April 25, 2007, and the last publication on May 16, 2007, all of which appears from a Certificate of Publication on file in this cause.

1. At the time and place designated for the sale ordered herein, the undersigned offered

said premises for sale to the highest bidder and Earl Scheckler, P.O. Box 27, Bushnell, Illinois 61422, bid the sum of $19,500.00, and that being the highest bid offered, I sold said real estate to said highest bidder.

2. Said purchaser paid to plaintiff the amount of said bid in full satisfaction of said Judgment of Foreclosure.

3. The undersigned has executed and delivered to the purchaser at said sale a Certificate of Sale and has caused to be filed in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

4. The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due in judgment as of February 21, 2007:

| | |
|---|---:|
| Unpaid principal balance | $27,100.26 |
| Accrued interest at $5.588 per day and unpaid as of 2/21/07 | $2,781.46 |
| Accrued interest from 2/22/07 to 3/20/07, the date of entry of judgment (27 days @ $5.588 per day) | $151.00 |
| Accrued federal interest from 3/21/07 to 5/31/07, the date of sale (72 days @ $3.660 per day) | $263.52 |
| Subsidy Recapture | $692.16 |
| Late Charges | $29.84 |
| Fees Assessed | $3,117.99 |
| Interest on Fees | $76.26 |
| Total | $34,212.49 |

Costs of Sale:

Marshal's commission (3% of 1st $1,000 &

    1½% of remaining bid balance) ................................. $307.50

    Marshal's fee for conducting sale ............................... $322.97

    Docket Fee ................................................... $350.00

    Recording Notice of Foreclosure ................................. $32.00

    Release Notice of Foreclosure ................................... $32.00

    Publication charges (Notice of Sale) ............................. $198.00

        Total amount of indebtedness .......................... $35,454.96

Amount of bid at sale .......................................... $19,500.00

Amount of deficiency ......................................... $15,954.96

5.  It is also reported:

  i)    A notice required in accordance with Chapter 735 ILCS, Section 5/15-1507(c) was given;

  ii)   The terms of sale were fair and not unconscionable;

  iii)  The sale was conducted fairly and without fraud;

  iv)  Justice was done by the sale.

Respectfully submitted this 22nd day of June, 2007.

                                                                   s/STEVEN D. DEATHERAGE
                                                                   UNITED STATES MARSHAL
                                                                   CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MARSHAL'S REPORT OF SALE** has been placed in the United States mail, addressed to:

Kathryn Roach Seago           Earl Scheckler
PO Box 354                    PO Box 27
Colona, IL 61241-0354         Bushnell, IL 61422


                                             s/ Margo Scamp

Date: July 3, 2007