UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KATHRYN ROACH aka | ) |
| KATHRYN ROACH SEAGO | ) |
| | ) |
| Defendant(s). | ) CIVIL NO. 06-1314 |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on December 13, 2006, and recorded in the Recorder's Office in McDonough County, Illinois, on December 28, 2006, as Document No. 06-5905, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on December 13, 2006, and is now pending.

(i)  The name of the plaintiff and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The names of the title holder of record are:  Kathryn Roach nka

Kathryn Roach Seago

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot Four (4) in Block Thirty-three (33) in the City of Bushnell, in the County of McDonough, in the State of Illinois, according to Plat No.Two (2) of the said City of Bushnell.

(v)  A common address or description of the location of the real estate is as follows:

645 Miller Street, Bushnell, Illinois 61422

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of mortgagor  : | KATHRYN ROACH SEAGO |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date(s) of mortgage(s): | July 15, 1998 |
| Date(s) of recording: | July 15, 1998 |
| County where recorded: | McDonough County, Illinois |

Recording document identification:98-3668

        Respectfully submitted,
        RODGER A. HEATON
        United States Attorney

        s/Bradley W. Murphy
        Bradley W. Murphy, IL Bar No. 1992775
        Attorney for Plaintiff
        United States Attorney's Office
        211 Fulton Street
        Suite 400
        Peoria, IL 61602
        Telephone: (309) 671-7050
        Fax: (309) 671-7259

This instrument was prepared by Bradley W. Murphy,  Assistant United States Attorney, 211 Fulton Street, Suite 400, Peoria, IL 61602

Please return recorded release to Bradley W. Murphy, Assistant United States Attorney, 211 Fulton Street, Suite 400, Peoria, IL 61602